# United States Bankruptcy Court

Eastern District Of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

IN RE:                                                                                                       CASE NO: 1−13−44105−ess

Cengage Learning Holdings II, L.P.
aka Cengage
aka Cengage Learning
aka TL Holdings II, L.P.
aka Thomson Learning

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:                   CHAPTER: 11

37−1545675

DEBTOR(s)

## NOTICE OF ENTRY OF ORDER CONFIRMING
## CHAPTER 11 PLAN OF REORGANIZATION

### NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

Notice is hereby given that:

In accordance with Bankruptcy Rule 2002, an order was signed on March 14, 2014 confirming the debtor's Chapter 11 Plan of Reorganization.

The Order Confirming the Plan of Reorganization is on file and available for inspection in the Clerk's Office,

271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

Dated: March 28, 2014

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLeoc.jsp** [Notice Confirming Chapter 11 Plan rev. 05/23/07]