# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: jlecky | Date Created: 3/28/2014 |
| Case: 1−13−44105−ess | Form ID: 225 | Total: 13 |

**Recipients of Notice of Electronic Filing:**
aty       Jonathan Henes       jhenes@kirkland.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db       Cengage Learning Holdings II, L.P.       200 First Stamford Place, 4th Floor       Stamford, CT 06902
smg       United States of America       Secretary of the Treasury       15th Street &Pennsylvania Ave. NW       Washington, DC 20220
smg       NYS Unemployment Insurance       Attn: Insolvency Unit       Bldg. #12, Room 256       Albany, NY 12240
smg       NYS Department of Taxation &Finance       Bankruptcy Unit       PO Box 5300       Albany, NY 12205
smg       Internal Revenue Service       PO Box 7346       Philadelphia, PA 19101−7346
smg       NYC Department of Finance       345 Adams Street, 3rd Floor       Attn: Legal Affairs − Devora Cohn       Brooklyn, NY 11201
smg       Office of the United States Trustee       Eastern District of NY (Brooklyn Office)       U.S. Federal Office Building       201 Varick Street, Suite 1006       New York, NY 10014
8133105       GE Capital Information Technology Solutions, Inc.       c/o Bankruptcy Administration       1738 Bass Road       P.O. Box 13708       Macon, GA 31208−3708
8146793       JEFFREY L. WEINSTEIN       ATTORNEY FOR MARTEL ELECTRONICS       225 BROADWAY SUITE 3800       NEW YORK, NY 1007
8248139       Jennifer K. Harvey, Esq.       Couch White, LLP       540 Broadway       P.O. Box 22222       Albany, New York 12201−2222
8220243       Joel H. Levitin, Esq., and       Richard A. Stieglitz Jr., Esq       Cahill Gordon &Reindel LLP       Eighty Pine Street       New York, NY 10005
8116875       Karel S. Karpe, Esquire       KarpeLaw       44 Wall Street, 12th Floor       New York, New York 10005

TOTAL: 12